UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WISZNIA COMPANY, INC. D/B/A WISZNIA AND ASSOCIATES**<br>     **Plaintiff** | **CIVIL ACTION NO. 2:11-CV-02657-EEF-DEK** |
| **VERSUS** | **JUDGE FALLON – SECTION L** |
| **GENERAL STAR INDEMNITY COMPANY**<br>     **Defendant** | **MAGISTRATE KNOWLES – DIVISION 3** |

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Wisznia Company, Inc. d/b/a Wisznia and Associates, who amends and supplements its Petition for Declaratory Judgment ("Complaint") as follows:

1.

By amending the name of the Compliant to read:

ORIGINAL COMPLAINT FOR REIMBURSEMENT OF DEFENSE COSTS

2.

By amending the introductory paragraph of the Complaint to read:

> NOW INTO COURT, through undersigned counsel, comes Wisznia Company, Inc., d/b/a Wisznia and Associates ("Wisznia"), a Louisiana corporation authorized to do and doing business in the State of Louisiana, and with its principal place of business in Orleans Parish, Louisiana, which, with respect, files this Original Complaint for Reimbursement of Defense Costs urging the Court to find General Star Indemnity Company liable unto Wisznia for reimbursement for defense costs as set forth below.

3.

By deleting paragraph 2 of the Complaint.

4.

By deleting the phrase "indemnity and" from paragraphs 7 and 9 of the Complaint.

5.

By deleting the phrase "and indemnity" from paragraphs 8, 10 and 12 of the Complaint.

6.

By deleting the phrase "and indemnify" from paragraph 11 of the Complaint.

7.

By revising paragraph 14 of the Complaint to read:

> As a result of General Star's failure to fulfill its obligation to defend Wisznia under its policies of insurance, Wisznia's professional liability carrier, Lexington Insurance Company ("Lexington") paid approximately $324,000.00 of Wisznia's defense costs in the Parish litigation and Wisznia directly paid approximately $250,000.00 of Wisznia's defense costs in the Parish litigation.

8.

By adding paragraph 14A to the Complaint to read:

> The Parish litigation has been concluded after approximately $574,000.00 was expended by Lexington and Wisznia in Wisznia's defense.

9.

By adding paragraph 14B to the Complaint to read:

> Pursuant to its professional liability insurance policy, Lexington was subrogated to Wisznia's rights to pursue Wisznia's cost of defense against General Star up to the amounts actually paid by Lexington ("Subrogation Rights").

10.

By adding paragraph 14C to the Complaint to read:

> Lexington assigned its Subrogation Rights back to Wisznia per written assignment.

11.

By deleting the phrase "and indemnify" from subparagraph 16(1) of the Complaint.

12.

By deleting the phrase "and indemnity" from subparagraph 16(2) of the Complaint.

13.

By revising paragraph 17 of the Complaint to read:

> As a result of General Star's wrongful acts and omissions in not providing Wisznia with a defense in the Parish litigation, Wisznia and Lexington were forced to spend approximately $574,000.00 in providing that defense.

14.

By adding paragraph 18 to the Complaint to read:

> Wisznia, through its own expense and through the assignment of Lexington's subrogation rights, is entitled to reimbursement from General Star of the entire approximate $574,000.00 expended on Wisznia's defense to the Parish litigation.

15.

By revising the prayer of the Complaint to read:

> **WHEREFORE**, plaintiff, Wisznia Company, Inc., d/b/a Wisznia and Associates, prays that after due proceedings be had, there be judgment in its favor and against General Star Indemnity Company for all costs of Wisznia's defense of the Parish litigation, approximating $574,000.00, plus interest from date of demand, the costs of this proceeding and all other legal and equitable relief.

**WHEREFORE**, plaintiff, Wisznia Company, Inc., d/b/a Wisznia and Associates, prays that after due proceedings be had, there be judgment in its favor and against General Star Indemnity Company for all costs of Wisznia's defense in the Parish litigation, approximating $574,000.00, plus interest from date of default, the costs of this proceeding and all other legal and equitable relief.

Respectfully submitted:

S/Douglas A. Kewley
DOUGLAS A. KEWLEY(#7355) T.A.
THOMAS F. GARDNER (#1373)
W. LEE KOHLER(#17658)
Gardner & Kewley, APLC

5

       110 Veterans Memorial Boulevard, Suite 300
       Metairie, LA 70005
       Telephone: (504) 832-7222
       Facsimile: (504) 832-7223

       Counsel for:  WISZNIA COMPANY, INC. d/b/a WISZNIA AND ASSOCIATES

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 21st day of December, 2012, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

                                    S/Douglas A. Kewley
                                    DOUGLAS A. KEWLEY